UNITED STATES of America,
Plaintiff–Appellee,

v.

Jeremy Emanuel GRANT Defendant–Appellant.

No. 15–15501
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 07/25/2016

R. Brian Tanner, James D. Durham, Tania D. Groover, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Jeremy Emmanuel Grant, Jonesville, VA, Pro Se.

Before JORDAN, JULIE CARNES and BLACK, Circuit Judges.

PER CURIAM:

Donald Campbell Bowman, appointed counsel for Jeremy Emmanuel Grant in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

---

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Grant's conviction and sentence are **AFFIRMED**.